AO 442 (Rev. 12/85) Warrant for Arrest

3-4-96
2:30

# United States District Court

DISTRICT OF __NEW JERSEY__

UNITED STATES OF AMERICA
V.

GIDEON MISULOVIN

## WARRANT FOR ARREST

CASE NUMBER: 95-93

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GIDEON MISULOVIN__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

failure to appear

2010 FEB 17 A 8:31   US DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __3146__

__HON. DICKINSON R. DEBEVOISE__         __UNITED STATES DISTRICT JUDGE__
Name of Issuing Officer                  Title of Issuing Officer

__William R. Debevoise__                 __MARCH 4, 1996__  __NEWARK, NJ__
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Warrant terminated per Clerk's office 2/9/10

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/4/96 | | |
| DATE OF ARREST | | |
| 6/23/97 | | |

TOTAL P.02